# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

WILLIE ROGERS

       Plaintiff

   v.

                                                           Civil Action No. 3:25-cv-166

CLERK OF COURT
*St Joseph County, South Bend Division, in their official and individual capacities*

CLERK OF COURT
*St Joseph County, Mishawaka Division, in their official and individual capacities*

       Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____
recover from the defendant _____ the amount of _____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____
recover costs from the plaintiff _____.

☒ Other:  This case is DISMISSED for lack of jurisdiction and immunity.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was
reached.

☒ decided by Judge Damon R Leichty.

DATE: 3/3/2025                                          CHANDA J. BERTA, CLERK OF COURT

by   s/A. Highlen  
*Signature of Clerk or Deputy Clerk*